IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | |
|---|---|---|
| IN re BEXTRA and CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL No. 1699 |
| This Document Relates to: | ) ) ) | |
| Gerri Collins | ) | 3:06-CV-443 CRB |

### AGREED UPON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Gerri Collins, by and through counsel, and states:

1. Pursuant to Rule 47(a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses **all** causes of action against **all** defendants without prejudice.

2. Plaintiff's original complaint was filed on August 17, 2005.

3. Defendants Merck and Pfizer were served on October 8, 2005.

4. Defendant Pfizer filed an Answer to Plaintiff's complaint on November 7, 2005.

5. Defendant Merck filed an Answer to Plaintiff's complaint on November 3, 2005, and the causes of action against this particular Defendant have been transferred to MDL Docket No. 1657 in the United States District Court for the Eastern District of Louisiana where Plaintiff has filed a Notice of Dismissal.

6. As of this filing, none of the defendants have filed a Motion for Summary Judgment or a Motion to Dismiss.

7. Plaintiff and Defendant agree that if Plaintiff re-files her action she will only do so in the federal district court.

Respectfully Submitted,

HUMPHREY, FARRINGTON & MCCLAIN, P.C.

_____
Kenneth B. McClain    MO #32430
Daniel A. Thomas      MO #52030
221 West Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 Facsimile

ATTORNEYS FOR PLAINTIFF


Respectfully Submitted,

GORDON & REES LLP

_____
Stuart M. Gordon
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 262-3801 Facsimile

ATTORNEYS FOR DEFENDANT


Pursuant to stipulation, it is so ordered.

Dated: __February 6, 2007_____



_____
Honorable Charles R. Breyer
United States District Judge

2